MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR- 15-194 -JST |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE |
| ASHLEY CEDRICK SMITH, | ) ) | APPLICATION SPEEDY TRIAL ACT CALCULATION |
| Defendant. | ) ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on June 5, 2015 at 9:30 a.m. for a status hearing. Mr. Smith was present and represented by Deputy Public Defender Joyce Leavitt.  Assistant United States Attorney Kevin Barry appeared for the Government.  The parties requested a continuance of the matter, with time excluded for effective preparation of counsel.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for August 7, 2015 9:30 a.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for exclusion of time in this matter and respectfully submit and agree that the period from June, 2015 through and including August 7, 2015 should be

STIP. AND ORDER EXCLUDING TIME      1
CR 15-194 JST

1  excluded from the otherwise applicable Speedy Trial Act computation because the continuance is
2  necessary for effective preparation of counsel, taking into account the exercise of due diligence.
3         4.      The parties concur that granting the exclusion would allow the reasonable time necessary
4  for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The
5  parties also agree that the ends of justice served by granting such an exclusion of time for the purposes
6  of effective preparation of counsel outweigh the best interests of the public and the defendant in a
7  speedy trial. 18 U.S.C. § 3161(h)(7)(A).
8         IT IS SO STIPULATED.

10  DATED:  June 8, 2015                          MELINDA HAAG
                                                  United States Attorney

12                                                       /s/
                                                  SARAH HAWKINS
13                                                Assistant United States Attorney

15  DATED:  June 8, 2015

16                                                       /s/
                                                  JOYCE LEAVITT
17                                                Counsel for the Defendant

STIP. AND ORDER EXCLUDING TIME            2
CR 15-194 JST

1 **[PROPOSED] ORDER**

2   Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
3 served by granting a continuance from June 5, 2015 through and including August 7, 2015 outweigh the
4 best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance
5 would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking
6 into account the exercise of due diligence.

7   Accordingly, THE COURT ORDERS THAT the period from June 5, 2015 through and
8 including August 7, 2015 is excluded from the otherwise applicable Speedy Trial Act computation,
9 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

10   IT IS SO ORDERED.

12 DATED: June 9, 2015

HON. JON S. TIGAR
United States District Judge