1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     DAVID R. CALLAWAY (CABN 121782)
3    Chief, Criminal Division

4    SARAH HAWKINS  (CABN 257723)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7126
7        Fax: (415) 436-7207
         Email:  Sarah.Hawkins@usdoj.gov
8
     Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA          )   CASE NO. CR- 15-194 -JST
                                       )
14       v.                            )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME FROM OTHERWISE
15   ASHLEY CEDRICK SMITH,             )   APPLICABLE SPEEDY TRIAL ACT
                                       )   CALCULATION
16       Defendant.                    )
                                       )
17   _____ )

18                          **STIPULATION**

19       IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20       1.      The parties appeared before the Court on August 21, 2015 at 9:30 a.m. for a status

21   hearing.  Mr. Smith was present and represented by Assistant Federal Public Defender Joyce Leavitt.

22   Assistant United States Attorney Sarah Hawkins appeared for the Government.  The parties requested a

23   continuance of the matter, with time excluded for effective preparation of counsel.

24       2.      Accordingly, with the parties' agreement as to the new date, the Court scheduled another

25   hearing for October 16, 2015 at 9:30 a.m., at which time there will be either a change of plea or setting

26   of a motion schedule. The Court set this date with the understanding that the parties would submit a

27   Stipulation and Proposed Order excluding time.

28       3. The parties now formalize their request for exclusion of time in this matter and respectfully

STIP. AND ORDER EXCLUDING TIME            1
CR 15-194 JST

submit and agree that the period from August 21, 2015 through and including October 16, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4.    The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.


DATED:  August 25, 2015                          MELINDA HAAG
                                                 United States Attorney


                                                 _____/s/_____
                                                 SARAH HAWKINS
                                                 Assistant United States Attorney


DATED:  August 25, 2015


                                                 _____/s/_____
                                                 JOYCE LEAVITT
                                                 Counsel for the Defendant

STIP. AND ORDER EXCLUDING TIME          2
CR 15-194 JST

1

2
**[PROPOSED] ORDER**

3        Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

4 served by granting a continuance from August 21, 2015 through and including October 16, 2015

5 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such

6 a continuance would unreasonably deny the defendant the reasonable time necessary for effective

7 preparation, taking into account the exercise of due diligence.

8        Accordingly, THE COURT ORDERS THAT the period from August 21, 2015 through and

9 including October 16, 2015 is excluded from the otherwise applicable Speedy Trial Act computation,

10 pursuant to 18 U.S.C. §  3161(h)(7)(A) & (B)(iv).

11        IT IS SO ORDERED.

12

13 DATED:  September 1, 2015

14 HON. JON S. TIGAR
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER EXCLUDING TIME        3
CR 15-194 JST