STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant ASHLEY SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-0194 JST |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| ) | |
| ) | |
| ASHLEY CEDRIC SMITH, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing for Ashley Cedric Smith, currently scheduled for Tuesday, March 29, 2016 at 2:30 pm in San Francisco, CA, may be continued to Friday, April 15, 2016, at 9:30 a.m. in Oakland, CA. The reason is that defense counsel is unavailable on March 29, 2016. In addition, restitution is being sought by victims of the child pornography which Mr. Smith viewed and the determination as to whether losses have been adequately proven is complicated. The extra time will allow the parties to review the documentation and investigate whether, in fact, the victims have adequately supported their restitution demand under current case law. United States Probation Officer Karen Mar has

been notified and has no objections.  She is available should the Court continue the matter to April 15, 2016.

DATED: 3/11/16             /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 3/11/16             /s/
SARAH HAWKINS
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for Ashley Cedric Smith is hereby continued from March 29, 2016, at 2:30 p.m. in San Francisco, CA, to April 15, 2016 at 9:30 a.m. in Oakland, CA for sentencing.

SO ORDERED.

DATED:   March 11, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

*U S v.Ashley Smith,* CR 15-0194 JST;
Stip re: Sentencing       - 2 -